50228, 50229. TRUST COMPANY OF GEORGIA v. NATIONWIDE MOVING & STORAGE COMPANY, INC.; and vice versa.

EVANS, Judge.

In *Trust Company of Georgia v. Nationwide Moving &c. Co.,* 235 Ga. 229 (219 SE2d 162), the Supreme Court of Georgia reversed that part of our decision in *Trust Company of Georgia v. Nationwide Moving &c. Co.,* 134 Ga. App. 822 (216 SE2d 335), which reversed the lower court in denying a motion for summary judgment in favor of Nationwide Moving & Storage Co., Inc. The judgment of the Supreme Court is therefore now made the judgment of this court, and accordingly, the judgment is affirmed.

*Judgment affirmed in case no. 50229. All the Judges concur.*

DECIDED DECEMBER 5, 1975.

*King & Spalding, William H. Izlar, Jr., William A. Clineburg, Jr.,* for Trust Company.

*Hendon, Egerton, Harrison & Glean, E. T. Hendon, Jr.,* for Nationwide.